# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

GREGORY CORBIN,                          :  No. 37 WM 2016
                                         :
      Petitioner               :
                                         :
                                         :
                                         :
      v.                        :
                                         :
                                         :
                                         :
ALLEGHENY COUNTY COURT OF                :
COMMON PLEAS,                            :
                                         :
      Respondent               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.